**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-08487-JST (JCS)

**Case Name:** Almaznai v. S-L Distribution Company, LLC

**Date:** September 24, 2021     **Time:** .5 Hours

**Deputy Clerk:** Karen Hom     **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Aaron Kaufmann, Elizabeth Gropman, Peter Rukin
**Attorney for Defendant:** Christopher Stecher

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

   ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

(X)   Further Zoom Settlement Conference - Held

   ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:** Parties reached agreement in principle and will draft agreement. Further settlement conference set for 11/4/2021 at 10:00 AM (by Zoom Meeting), if necessary.